

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L.N. By and Through His Guardian Ad Litem Jose Nunez<br><br>Plaintiff,<br>V.<br><br>Grossmont Union High School District<br><br>Defendant. | Civil Action No. 17-cv-02097-L-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's cross-motion is granted. The decision of the California Office of Administrative Hearings is affirmed.

Date: 9/30/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy